UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:18-00737 PSG (ADS)   Date: September 25, 2018

Title: *Christopher Sr. Davis v. David Baughman, Warden*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):   Attorney(s) Present for Respondent(s):
None Present                             None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 13, 2018, Respondent filed a Motion to Dismiss Petition for Writ of Habeas Corpus ("Motion to Dismiss") and lodged supporting documents with the Court. [Dkt. Nos. 13 and 14]. On July 25, 2018, the Court ordered Petitioner to file his Opposition, if any, to the Motion to Dismiss within twenty (20) days of the date of the Order. [Dkt. No. 17]. On July 31, 2018, Petitioner filed a Request for Order Extending Time to File Reply in Answer to Respondent's Motion for Dismissal of Habeas Petition ("Request for Extension of Time"). [Dkt. No. 18]. On August 2, 2018, the Court granted the Request for Extension of Time and directed Petitioner to file an Opposition by August 20, 2018.

As of the date of this Order, Petitioner has not filed any response to the Motion to Dismiss or otherwise communicated with the Court about his case. However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE** why this action should not be dismissed **by no later than October 9, 2018.**

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**CIVIL MINUTES – GENERAL**

Case No.:  5:18-00737 PSG (ADS)                             Date:  September 25, 2018
Title:  *Christopher Sr. Davis v. David Baughman, Warden*

**Failure to timely file a response will result in a recommendation that this action be dismissed pursuant to Local Rule 7-12 and Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh