UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SR. DAVIS,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN, Warden,<br><br>Respondent. | Case No. 5:18-00737 PSG (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, and all pleadings, records, and files herein, along with the Report and Recommendation dated March 20, 2019, [Dkt. No. 23], of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 23], is accepted;

2. The case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: 4/15/19

HONORABLE PHILIP S. GUTIERREZ
United States District Judge