JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SR. DAVIS,<br><br>          Petitioner,<br><br>          v.<br><br>DAVID BAUGHMAN, Warden,<br><br>          Respondent. | Case No. 5:18-00737 PSG (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: 4/15/15

HONORABLE PHILIP S. G
United States District Judge